UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKY UK LTD., SKY ITALIA S.R.L., AND SKY DEUTSCHLAND FERNSEHEN GMBH & CO. KG,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WARNERMEDIA DIRECT, LLC,<br><br>　　　　　　　Defendant. | Case No. 24-cv-07335-LGS |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to the above-captioned action hereby agree to the dismissal with prejudice of all claims in the action. Every party will bear its own fees and costs.

This Stipulation may be executed in two or more counterparts, all of which shall be considered one and the same agreement, and shall become effective when such counterparts have been signed by all of the parties and delivered to the other parties.

IT IS SO STIPULATED this 7th day of December, 2024.

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | WEIL, GOTSHAL & MANGES LLP |
| */s/ Paul Spagnoletti* | */s/ David L. Yohai* |
| Paul Spagnoletti<br>Craig J. Bergman<br>450 Lexington Avenue<br>New York, NY 10017<br>Phone: 212-450-3007<br>Fax: (212) 310-8007<br>paul.spagnoletti@davispolk.com<br>craig.bergman@davispolk.com | David L. Yohai<br>767 Fifth Avenue<br>New York, NY 10153<br>Phone: (212) 310-8000<br>Fax: (212) 310-8007<br>david.yohai@weil.com |
| *Attorneys for Plaintiffs Sky UK Ltd., Sky Italia S.r.l., and Sky Deutschland Fernsehen GmbH & Co. KG* | *Attorney for Defendant WarnerMedia Direct, LLC* |